**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000440
01-MAR-2023
08:11 AM
Dkt. 20 OAWST**

NO. CAAP-22-0000440

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR IN INTEREST TO WACHOVIA BANK,
NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE
INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
SERIES 2005-A8, Plaintiff—Appellee, v.
GARY KAZUO HASEGAWA and KALIN KEIKO HASEGAWA,
Defendants—Appellants,
STATE OF HAWAIʻI, DEPARTMENT OF TAXATION, Defendant—Appellee,
and DOES 1-20, Inclusive, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000122)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed February 24, 2023, by Plaintiff-Appellee U.S. Bank National Association, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), and have addressed attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal;

and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, March 1, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge